IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00307-WCM

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE ) <br> COMPANY, *as Administrator and Assignee* ) <br> *of other* Developers Surety and Indemnity ) <br> Company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIDELIS VETERAN CONSTRUCTION, INC ) <br> JOHN H. LEWIS, and GERRI T. LEWIS ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

This matter is before the court *sua sponte* following the filing of the parties' "Notice of Settlement with Lewis Defendants and Request to Withhold Action of Summary-Judgment Motion" (the "Notice," Doc. 23).

The Notice was filed on October 4, 2021, and the deadline for the parties to submit a closing document was November 3, 2021. However, this deadline has passed, and the parties have not filed a closing document.

On its own motion, the court will extend the deadline for the filing of a Stipulation of Dismissal or other appropriate closing document to and including **Friday, November 12, 2021.** The parties are **NOTIFIED** that failure

to file a closing document by the November 12, 2021 deadline will likely result in the dismissal of this action without prejudice.

It is so ordered.

Signed: November 5, 2021

W. Carleton Metcalf
United States Magistrate Judge