IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00307-WCM

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, *as Administrator and Assignee of Developers Surety and Indemnity Company*, <br><br> Plaintiff, <br><br> v. <br><br> FIDELIS VETERAN CONSTRUCTION, INC., <br><br> Defendant. | ORDER |

This matter is before the court on Plaintiff's Motion for Default Judgment Against Defendant Fidelis Veteran Construction, Inc. (the "Motion for Default Judgment," Doc. 28).

The Clerk is respectfully **DIRECTED** to set a hearing on the Motion for Default Judgment.

Additionally, in the court's discretion, Plaintiff is **DIRECTED** to provide copies of Plaintiff's Motion for Default Judgment, this Order, and any notice of the hearing to Fidelis Veteran Construction, Inc. and to ensure that the former defendants, with whom Plaintiff has resolved its claims, also receive notice of the hearing.

It is so ordered.

Signed: November 24, 2021

W. Carleton Metcalf
United States Magistrate Judge