IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00307-WCM

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, *as Administrator and Assignee of Developers Surety and Indemnity Company*, <br><br> Plaintiff, <br><br> v. <br><br> FIDELIS VETERAN CONSTRUCTION, INC., <br><br> Defendant. | ORDER |

This matter is before the court for case management purposes upon the filing by Plaintiff of a Voluntary Dismissal Without Prejudice as to Fidelis Veteran Construction, Inc. (Doc. 31).

Plaintiff previously dismissed its claims against the other Defendants in this case (Docs. 15 and 25) and now, with the filing of the instant notice of dismissal, no further claims remain.

Accordingly, the Motion for Default Judgment Against Defendant Fidelis Veteran Construction, Inc. (Doc. 28) is **DENIED AS MOOT** and the hearing on that motion, which had been scheduled for December 15, 2021, is **CANCELED**.

The Clerk is respectfully **DIRECTED** to close this matter.

It is so ordered.

Signed: December 7, 2021

W. Carleton Metcalf
United States Magistrate Judge